Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL MURRIETTA dba MIKE'S GRILL, et al.,<br><br>            Defendants. | No.  1:15-cv-01039-DAD-SKO<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**WHEREAS,** Plaintiff, Jose Escobedo ("Plaintiff"), seeks to amend his complaint to allege additional barriers relating to his disability which were identified at the site inspection of the subject property conducted on April 11, 2016, as permitted by Chapman v. Pier 1 Imports (U.S.), Inc., 631 F.3d 939, 944 (9th Cir. 2011), and required by Oliver v. Ralphs Grocery Co., 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice Defendants, Michael Murrietta dba Mike's Grill and George G. Badasci (collectively "Defendants"), nor does the amendment in any way change the nature of the action;

//

//

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

1 **WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's Status (Pretrial Scheduling) Order dated December 29, 2015 (Dkt. 23) pursuant to Fed. R. Civ. P. 16(b)(4);

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  April 27, 2016                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Jose Escobedo

Dated:  April 27, 2016                    GRISWOLD, LaSALLE, COBB,
                                          DOWD & GIN, L.L.P.

*/s/ Mario U. Zamora*
Mario U. Zamora
Attorneys for Defendants,
Michael Murrietta dba Mike's Grill
and George G. Badasci

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

# **ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was attached to the stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:  **May 2, 2016**                                **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE