UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MURRIETTA, dba Mike's Grill and GEORGE G. BADASCI,<br><br>　　　　　Defendants. | No. 1:15-cv-01039-DAD-SKO<br><br>ORDER REQUIRING DEFENDANT'S <u>PERSONAL APPEARANCE</u> |

　　　　It is hereby ORDERED that the defendants in this matter, Michael Murrietta and George G. Badasci, are to appear **<u>personally</u>** at the continued hearing on their counsel's motion to withdraw on Tuesday, May 11, 2016 at 2:00 P.M. in Courtroom 5 of the Robert E. Coyle United States Courthouse, 2500 Tulare St., Fresno, California.  In the alternative defendants Murrietta and Badasci may appear telephonically, but must contact current defense counsel Mario Zamora to coordinate a telephonic appearance no later than Monday, May 10, 2016, in order to do so.

　　　　The Clerk of Court is directed to serve this order on defendants Michael Murrietta and George G. Badasci **personally by mail** at the below addresses which have been provided by their counsel:

/////

/////

/////

1

1 | Michael Murrietta
Mike's Grill
1734 North 10th Avenue
Hanford, California 93230

George B. Badasci
15520 Evergreen Road
Cottonwood, California 96022

4 | IT IS SO ORDERED.

5 | Dated:   **May 4, 2016**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE