UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MURRIETTA dba MIKE'S GRILL; GEORGE G. BADASCI,<br><br>　　　　　Defendants. | No. 1:15-cv-01039-DAD-SKO<br><br>ORDER FOR DEFENDANT BADASCI TO SHOW CAUSE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE THIS ORDER ON DEFENDANT |

On April 4, 2016, defense counsel moved to withdraw as attorney for both defendants, citing a conflict of interest that arose during settlement negotiations. (Doc. No. 31.) Following a hearing on May 3, 2016, the court issued an order on May 4, 2016 directing defendant Badasci to appear **personally**, not through counsel, at a further hearing scheduled for May 11, 2016. (Doc. No. 41.) That order was served by mail on both defendants. Nonetheless, defendant Badasci did not appear at the May 11 hearing. (Doc. No. 42.) On May 11, 2016, the court granted defense counsel's motion to withdraw. (Doc. No. 42.)

Defendant Badasci is hereby ordered to show cause as to why he did not appear as ordered in the court's written order of May 4, 2016. As he is no longer represented by counsel in this matter, defendant Badasci must respond to this order **personally** in writing within **fourteen (14) days** of service of this order and explain why he failed to appear at the hearing on May 11, 2016

1

as ordered by the court.

The court also sets a hearing for **Tuesday, May 31, 2016 at 10:00 A.M. in Courtroom 5, Robert E. Coyle Federal Building, 2500 Tulare Street, Fresno, California.** In the event defendant Badasci does not respond in writing within fourteen days of the service of this order showing good cause for his failure to appear at the May 11 hearing, he is ordered to appear **personally** on May 31 at 10:00 a.m.  If defendant Badasci responds in writing and shows cause for his failure to appear, the hearing scheduled for May 31, 2016 will be vacated and he need not personally appear.

Defendant Badasci is forewarned, however, that should he fail to respond in writing and also fail to appear at the scheduled May 31, 2016 hearing, as required by this order, sanctions will likely be imposed against him, as it is within the inherent authority of the court to control its docket and require compliance with its orders. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 42–46 (1991).

The Clerk of Court is directed to serve this order on defendant Badasci, who is now proceeding pro se in this action, at the following address:

> George B. Badasci
> 15520 Evergreen Road
> Cottonwood, California 96022

IT IS SO ORDERED.

Dated:  **May 11, 2016**

UNITED STATES DISTRICT JUDGE

2