UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MURRIETTA, dba Mike's Grill, AND GEORGE G. BADASCI,<br><br>　　　　　Defendants. | No.  1:15-cv-01039-DAD-SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO SERVE DOCKET NUMBER 23, PRETRIAL SCHEDULING ORDER, ON DEFENDANT BADASCI<br><br>(Doc. No. 43) |

　　　　On May 12, 2016, this court issued an order to show cause directing defendant George D. Badasci to show cause why he did not appear, either by telephone or in person, at the hearing on May 11, 2016. (Doc. No. 43.) Defendant Badasci responded by letter filed with the court on May 18, 2016, fully explaining his failure to appear at the hearing. (Doc. No. 45.) Accordingly, the court discharges the order to show cause and vacates the hearing that was set for May 31, 2016. Defendant Badasci need not appear on that date.

　　　　Defendant Badasci is hereby specifically advised by the court that his attorney has been granted permission to withdraw as counsel of record for defendants in this action. (*See* Doc. No. 44.) Therefore, defendant Badasci is now representing himself in this matter *pro se*. In representing himself, defendant Badasci will be required to comply with all Local Rules and the Federal Rules of Civil Procedure in defending this action. The court encourages defendant

Badasci to acquire a copy of his file related to this case from his former attorney, Mario Zamora. Additionally, the Clerk of Court is directed to serve a copy of the Pretrial Scheduling Order (Doc. No. 23) upon defendant Badasci by mailing it to his address of record reflected on the court's docket. Finally, defendant Badasci is advised that any amendment to the court's Pretrial Scheduling Order must be sought in accordance with the Local Rules and the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **May 19, 2016**                                     _____
                                                              UNITED STATES DISTRICT JUDGE